958 A.2d 494

MATESON CHEMICAL CORPORATION, Respondent

v.

Stephanie Mateson BARTON, Petitioner.

No. 108 EM 2008.

Supreme Court of Pennsylvania.

Oct. 2, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of October, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**